**PATRICK W. KANG, ESQ.**
Nevada Bar No.: 010381
**ERICA D. LOYD, ESQ.**
Nevada Bar No.: 010922
**KANG & ASSOCIATES, PLLC**
6480 W. Spring Mountain Road, Suite 1
Las Vegas, Nevada 89146
P: (702) 333-4223
F: (702) 507-1468

*Attorneys for Plaintiff*
*Blanca Padilla*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BLANCA PADILLA, an Individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MGM GRAND HOTEL, LLC., a Nevada ) <br> Corporation; DOES 1 through 25, inclusive; and ) <br> ROE CORPORATIONS 1 through 25, inclusive. ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No.: 2:14-cv-01715-GMN-CWH |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

-1-

IT IS HEREBY STIPULATED AND AGREED between Plaintiff BLANCA PADILLA, by and through her attorneys, Patrick W. Kang, Esq. and Erica D. Loyd, Esq. of Kang & Associates, and Defendant MGM GRAND HOTEL, LLC, by and through its attorney, Kaitlyn M. Burke, Esq. of Littler Mendelson, that the above-captioned matter shall be dismissed with prejudice. Each party shall bear her or its own attorneys' fees and costs.

**IT IS SO STIPULATED:**

March 3rd, 2015.                                                                 March 3rd, 2015.

KANG & ASSOCIATES                                                  LITTLER MENDELSON

BY:   /s/Erica D. Loyd                                              BY:   /s/Kaitlyn M. Burke
Erica D. Loyd, Esq.                                                      Kaitlyn M. Burke, Esq.
State Bar No: 10922                                                    State Bar No.: 13454
KANG & ASSOCIATES                                                  LITTLER MENDELSON
6480 W. Spring Mtn. Rd.                                              3960 Howard Hughes Parkway
Suite 1                                                                          Suite 300
Las Vegas, Nevada 89146                                            Las Vegas, Nevada 89169
*Attorneys for Plaintiff*                                             *Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED** this 5th day of March, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court